IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **12-cv-1949-AP**

**MIRIAM KURVINK,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER FOR DISMISSAL WITH PREJUDICE

Kane, J.

In light of the representations in Plaintiff's unopposed Motion to Dismiss with Prejudice (Doc. 10), the Complaint in this case is DISMISSED, with PREJUDICE, with the parties to bear their own costs and fees.

Dated:  December 7, 2012

                                                **s/John L. Kane**
                                                SENIOR U.S. DISTRICT JUDGE